**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUAN MARTINEZ,<br><br>　　Petitioner,<br><br>　　v.<br><br>SGT. B. JONES, et al.,<br><br>　　Defendants. | NO. 3:12-CV-1547<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 7th day of September, 2016, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 51) is **ADOPTED in its entirety**.

(2) Defendants' motion for summary judgment is **DENIED** as to the plaintiff's claims of excessive force brought against Defendants Jones, Ayres, Arbogast, Simpson, Long, Kinsey and Cooksey.

(3) Defendants' motion for summary judgment is **GRANTED** as to all other claims, which are **DISMISSED with prejudice**.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge