# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN MARTINEZ, | |
| Planitiff, | No. 3:12-CV-1547 |
| v. | (JUDGE CAPUTO) |
| SGT. B. JONES, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants | |

## ORDER

**NOW** this _21st_ day of October 2016, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 59) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 59) is **ADOPTED.**

(2) This case shall be placed on the **December 2016** trial list. A pretrial scheduling order will follow.

A. Richard Caputo
United States District Judge